IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

DERRELL ANTONIO LAWRENCE,   *

    Plaintiff,   *

vs.   *

    CASE NO. 3:12-CV-59 (CDL)

Sergeant DARRIN RUCKER, et al.,   *

    Defendants.   *

ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 24, 2012 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 29th day of August, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE