```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

|  |  |
|---|---|
| DERRELL ANTONIO LAWRENCE, | * |
| Plaintiff, | * |
| vs. | * CASE NO. 3:12-CV-59(CDL) |
|  | * 42 U.S.C. § 1983 |
| DARRIN RUCKER, *et al.*, | * |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation of the United States Magistrate Judge filed June 18, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Defendants have been considered and are found to be without merit.

IT IS SO ORDERED, this 10th day of July, 2013.

                                    s/Clay D. Land
                                    CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE